| | FOR COURT USE ONLY |
|---|---|
| Omid Moezzi (SBN 260154)<br>Nancy Curry, Chapter 13 Trustee<br>606 S. Olive St., Ste 950<br>Los Angeles, CA 90017<br>Tel: 213-689-3014<br><br>Chapter 13 Trustee  Nancy Curry | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 2:10-bk-50535 |
| In re: KYLE EVERETTE FABER<br>     LISA ROXANNE FABER<br><br><br>                                    Debtor(s). | **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on  3/28  as docket entry number  26 , provides the following response to the Application:

☐ RECOMMENDED

☑ RECOMMENDED on the following conditions:
The fee application be granted with a fees limited to $2000 for all services and expenses included in the fee application due to (1) nature of services rendered resulting in default judgment and (2) alternatives available to debtor under FRBP 3012 & Sect. 506
                                                                                     ☐ See attached sheet.

☐ NOT RECOMMENDED for the following reasons:
_____
_____
                                                                                     ☐ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐ SET FOR HEARING.


Dated:  4/11/11                                    /s/ Omid Moezzi, Esq
                                                      Chapter 13 Trustee

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **3015-1.11**

Trustee's Commennts or Objection to Application for Supplemental Fees    F 3015-1.11

*Page 2 of 3*

| In re KYLE EVERETTE FABER  LISA ROXANNE FABER | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-50535 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
606 S. Olive St., Los Angeles, CA 90017

A true and correct copy of the foregoing document described as  Trustee's Objection to or Commments on Supplemental Fee Application  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/11/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor: Kyle and Lisa Faber, 4836 E Ave R-11, Palmdale, CA 93552
Debtor's Attorney: Borowitz and Clark, Eva Taylor, 100 N Barranca Ave #250, West Covina, CA 91791

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/11  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Vincent Zurzolo, US BANKRUPTCY COURT, 255 E. Temple St., Bin Outside Ste 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/11/11 | Omid Moezzi | /s/ Omid Moezzi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   **3015-1.11**