Barry E. Borowitz, Esq. #167418
BOROWITZ & CLARK, LLP
**100 N. Barranca Avenue, Suite 250**
**West Covina, CA 91791**
Telephone: (626) 332-8600
Facsimile: (626) 332-8644

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KYLE EVERETTE FABER<br><br>LISA ROXANNE FABER<br><br>Debtor(s) | Case No.: 2:10-bk-50535-VZ<br><br>Chapter 13<br><br>**DECLARATION OF ROBERT ELLIOTT RE NON-OPPOSITION TO APPLICATION FOR SUPPLEMENTAL FEES** |

I, Robert Elliott, declare:

1.  I am a Chapter 13 Administrator, employed by the law firm of Borowitz & Clark, LLP, for the above-captioned bankruptcy estate;

2.  Each of the following facts is of my personal knowledge and, if called upon to testify, I could and would competently testify thereto;

3.  On or about March 28, 2011, Application for Supplemental Fees was served on Debtor and Chapter 13 Trustee, Nancy K. Curry and thereafter filed with the U.S. Bankruptcy Court, Central District of California, Los Angeles Division;

4.  Objections, if any, were required to be filed and served no later than fifteen (15) days form the date of service of the Application, or April 12, 2011. A true and correct copy of

- 1

the Supplemental Fee Application and Notice of Electronic Filing are attached hereto, marked Exhibit "1" and incorporated herein by this reference;

5. That I have checked the firm's files and records for this matter and the court moves that we are to be awarded $3,316.25 as decided by the Honorable Vincent P. Zurzolo, hearing held on May 16, 2011.

6. The Applicant, therefore, respectfully requests that the court enter the order granting the Supplemental Fee Application, which order is submitted concurrently with this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief and that this declaration was executed on this 17th day of May, 2011 in the City of West Covina, California.

_____
Robert Elliott
Declarant

- 2 -

# EXHIBIT "1"

```
1  Barry E. Borowitz, Esq. #167418
   Borowitz & Clark, LLP
2  100 N. Barranca Ave., Suite 250
3  West Covina, CA 91791
   Tel: (626) 332-8600
4  Fax: (626) 332-8644
5
   Attorney for Debtor
```

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:10-bk-50535-VZ |
| KYLE EVERETTE FABER AND | Chapter 13 |
| LISA ROXANNE FABER | **APPLICATION FOR SUPPLEMENTAL FEES** |
| Debtor(s). | |

TO THE HONORABLE **Vincent P. Zurzolo**, UNITED STATES BANKRUPTCY JUDGE; AND **Nancy K. Curry**, CHAPTER 13 TRUSTEE: Applicant is counsel of record for the above-named Debtor(s) who are under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $4,000.00. Since confirmation of said Plan, Supplemental fees have been awarded as follows $0. Since confirmation of said Plan, applicant has performed certain extraordinary services at the request of the Debtor(s) attached as Exhibit A. The reasonable value for said services is $3,316.25 of which $0 has been paid. WHEREFORE, your applicant prays that an allowance be made in the sum of $3,316.25.

Dated: March 28, 2011

By: _____
Barry E. Borowitz
Attorney for Debtor(s)

-1-

# EXHIBIT "A"

| Key | | Hours | Rate | Amount |
|---|---|---|---|---|
| Barry Borowitz | BEB | | $475.00 | |
| Eva Taylor | ELT | | $435.00 | |
| Nancy Clark | NBC | | $475.00 | |
| Robert Elliott | RDE | | $125.00 | |
| Yesenia Chicas | YRC | | $125.00 | |
| Ana Quintero | AZQ | | $125.00 | |

### Services Rendered for Adversary Proceeding ("AP") and Motion for Default Judgment ("MFDJ")

| Date / Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|
| *11/8/2010* Attorney prepares Adversary Proceeding ("AP"), forwards to Administrator to prepare for filing. | ELT | 1.50 | $435.00 | $652.50 |
| *11/8/2010* Administrator receives and reviews AP, prepares for filing, forwards to Attorney to review and sign. | YRC | 0.80 | $125.00 | $100.00 |
| *11/8/2010* Attorney receives and reviews AP, signs and forwards to Administrator to file. | ELT | 0.20 | $435.00 | $87.00 |
| *11/19/2010* Attorney receives and reviews Summons and Notice of Status Conference, forwards to Administrator to Execute. | ELT | 0.30 | $435.00 | $130.50 |
| *12/2/2010* Executed Summons | AZQ | 0.40 | $125.00 | $50.00 |
| *12/30/2010* Attorney prepares Declaration for Request for Entry of Default, forwards to Administrator to file. | NBC | 0.50 | $475.00 | $237.50 |
| *1/5/2011* Attorney prepares Request for Entry of Default, forwards to Administrator to file. | NBC | 0.90 | $475.00 | $427.50 |
| *1/19/2011* Attorney reviews file and prepares documents for Status Conference. | NBC | 0.30 | $475.00 | $142.50 |
| *1/20/2011* Attorney present at Status Conference. (Including travel time to and from court, there was 17 hearings on calendar, only billable for .50) | NBC | 0.50 | $475.00 | $237.50 |
| *1/24/2011* Attorney prepares Motion for Default Judgment ("MFDJ"), forwards to Administrator to prepare for filing. | BEB | 0.80 | $475.00 | $380.00 |

Page 1

| Date / Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| *1/24/2011* Attorney prepares Notice of MFDJ, forwards to Administrator to prepare for filing. | BEB | 0.50 | $ 475.00 | $ 237.50 |
| *2/28/2011* Administrator receives and reviews Notice and MFDJ, prepares for filing, forwards to Attorney to review and sign. | AZQ | 1.00 | $ 125.00 | $ 125.00 |
| *2/28/2011* Attorney receives and reviews Notice and MFDJ, signs and forwards to Administrator to file. | BEB | 0.20 | $ 475.00 | $ 95.00 |
| *3/22/2011* Attorney reviews Tentative, MFDJ Granted. | NBC | 0.10 | $ 475.00 | $ 47.50 |
| *3/23/2011* Administrator prepares Order Granting MFDJ, forwards to Administrator to review. | AZQ | 0.60 | $ 125.00 | $ 75.00 |
| *3/23/2011* Attorney receives and reviews Order Granting MFDJ, approves and forwards to Administrator to file. | BEB | 0.15 | $ 475.00 | $ 71.25 |
| *3/24/2011* Administrator reviews file and prepares Application of Supplemental Fees, forwards to Attorney to review and sign. | RDE | 1.00 | $ 125.00 | $ 125.00 |
| *3/28/2011* Attorney receives and reviews Application of Supplemental Fees, signs and forwards to Administrator to file. | BEB | 0.20 | $ 475.00 | $ 95.00 |
| Sub-Total of services rendered | | 9.95 | | $ 3,316.25 |

| **Summary of Time** | | | | |
|---|---|---|---|---|
| Attorney Nancy Clark | NBC | 2.30 | $ 475.00 | $ 1,092.50 |
| Attorney Barry Borowitz | BEB | 1.85 | $ 475.00 | $ 878.75 |
| Attorney Eva Taylor | ELT | 2.00 | $ 435.00 | $ 870.00 |
| Administrator Robert Elliott | RDE | 1.00 | $ 125.00 | $ 125.00 |
| Administrator Yesenia Chicas | YRC | 0.80 | $ 125.00 | $ 100.00 |
| Administrator Ana Quintero | AZQ | 2.00 | $ 125.00 | $ 250.00 |
| Total | | 9.95 | | $ 3,316.25 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document described as **APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 28, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Vincent P. Zurzolo, 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012
**Debtor:** Kyle E. Faber, Lisa R. Faber, 4836 East Avenue R-11, , Palmdale, CA 93552
**Chapter 13 Trustee:** Nancy K. Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2011 | Robert Elliott | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

| | | |
|---|---|---|
| Aargon Collection Agency<br>3025 West Sahara Avenue<br>C/O Nevada Energy<br>Las Vegas, NV 89102 | Aargon Collection Agency<br>3025 West Sahara Avenue<br>C/O OPS2, LLC<br>Las Vegas, NV 89102 | Aargon Collection Agency<br>3025 West Sahara Avenue<br>Las Vegas, NV 89102 |
| Allstate Finance<br>1050 East Flamingo Road<br>C/O Gold's Gym<br>Las Vegas, NV 89119 | Alvarado & Associates, LLP<br>1 Mac Arthur Place, Suite 210<br>Attn: Steven Lawrence<br>Santa Ana, CA 92707 | Antelope Valley Hospital<br>1600 West Avenue J<br>P.O. Box 7001<br>Lancaster, CA 93539-7001 |
| Aspire<br>P.O. Box 105374<br>Atlanta, GA 30348 | Aspire<br>Payment Processing<br>P.O. Box 84078<br>Columbus, GA 31902 | Capital Management Services<br>726 Exchange Street, Suite 700<br>C/O First USA<br>Buffalo, NY 14210 |
| Capital One<br>Attention: Bankruptcy Department<br>P.O. Box 5155<br>Norcross, GA 30091 | Capital One<br>P.O. Box 85520<br>Richmond, VA 23285 | Care Credit<br>Attention: Bankruptcy Departmen<br>P.O. Box 103104<br>Roswell, GA 30076 |
| Care Credit<br>P.O. Box 981439<br>El Paso, TX 79998 | Chase<br>Attention: Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850 | Chase Manhattan Mortgage<br>Attention: Research Dept. G7-PP<br>3415 Vision Drive<br>Columbus, OH 43219 |
| Chase Receivables<br>1247 Broadway<br>C/O Harris Connect<br>Sonoma, CA 95476 | Collection Company of America<br>700 Longwater Drive<br>Norwell, MA 02061 | Collection Company of America<br>P.O. Box 329<br>Norwell, MA 02061-0329 |
| Credit One Bank<br>Attention: Bankruptcy Department<br>P.O. Box 625<br>Metairie, LA 70004 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193 | Falso Solutions<br>P.O. Box 986<br>Newark, NJ 07184 |
| Faslo Soulution, LLC<br>425 Phillips Boulevard<br>Trenton, NJ 08618 | Financial Recovery Services, Inc.<br>P.O. Box 385908<br>Minneapolis, MN 55438 | Financial Recovery Services, Inc.<br>P.O. Box 4115<br>Department 813<br>Concord, CA 94524 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F 9013-3.1.PROOF.SERVICE

First Premier Bank
Attention: Bankruptcy Department
P.O. Box 5524
Sioux Falls, SD 57117-5524

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Franchise Tax Board
Attention: Bankruptcy Departmen
P.O. Box 942867
Sacramento, CA 95812

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

Glhegc
2401 International Lane
C/O Bank Of New York
Madison, WI 53704

Herbert P. Sears Company
2000 18th Street
P.O. Box 2307
Bakersfield, CA 93301

Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303

Kimberely Egbeyemi
C/o K. Michelle Realty
2235 East Washington Boulevard
Pasadena, CA 91104

Massey's
P.O. Box 8959
Madison, WI 53708

Midland Credit Managment
Attention: Bankruptcy Department
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midland Credit Managment
P.O. Box 603
Department 12421
Oaks, PA 19456

Myriad Genetic Laboratories
320 Wakara Way
Salt Lake City, UT 84108-1214

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P.O. Box 15630
Department 99
Wilmington, DE 19850

Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439

Praxis Financial Solutions
7331 North Lincoln Avenue, Suite 8
Lincolnwood, IL 60712-1704

Renaissance Imaging Med Assoc
P.O. Box 190
Simi Valley, CA 93062

Sallie Mae Servicing
Attention: Bankruptcy Department
11100 USA Parkway
Fishers, IN 46037

Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA 18773

Sprint
Attention: Bankruptcy Departmen
2001 Edmund Halley Drive
Reston, VA 20191

Target
Attention: Bankruptcy Department
P.O. Box 1327 Mail Stop 3CK
Minneapolis, MN 55440

Target
P.O. Box 59317
Minneapolis, MN 55459

Target
P.O. Box 673
Minneapolis, MN 55440

Time Warner
P.O. Box 60074
City Of Industry, CA 91716

Vision Fiancial Corporation
P.O. Box 900
Purchase, NY 10577

Wal-Mart
Attention: Bankruptcy Departmen
P.O. Box 103106
Roswell, GA 30076

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

Wal-Mart
P.O. Box 981400
El Paso, TX 79998

Wells Fargo Bank
P.O. Box 30095
Walnut Creek, CA 94598

Wingspan Portfolio Advisors
4100 Midway, Suite 1110
Carrollton, TX 75007

XM Satelite Radio
P.O. Box 33174
Detroit, MI 48232

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250**
**West Covina, CA 91791**

A true and correct copy of the foregoing document described as **_DECLARATION OF ROBERT ELLIOTT RE NON-OPPOSITION TO APPLICATION FOR SUPPLEMENTAL FEES_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 17, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012
**Debtor:** Kyle E. Faber, Lisa R. Faber, 4836 East Avenue R-11, , Palmdale, CA 93552
**Chapter 13 Trustee:** Nancy K. Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 17, 2011 | Robert Elliott | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                      F 9013-3.1.PROOF.SERVICE

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Aargon Collection Agency
3025 West Sahara Avenue
C/O Nevada Energy
Las Vegas, NV 89102

Aargon Collection Agency
3025 West Sahara Avenue
C/O OPS2, LLC
Las Vegas, NV 89102

Aargon Collection Agency
3025 West Sahara Avenue
Las Vegas, NV 89102

Allstate Finance
1050 East Flamingo Road
C/O Gold's Gym
Las Vegas, NV 89119

Alvarado & Associates, LLP
1 Mac Arthur Place, Suite 210
Attn: Steven Lawrence
Santa Ana, CA 92707

Antelope Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539-7001

Aspire
P.O. Box 105374
Atlanta, GA 30348

Aspire
Payment Processing
P.O. Box 84078
Columbus, GA 31902

Capital Management Services
726 Exchange Street, Suite 700
C/O First USA
Buffalo, NY 14210

Capital One
Attention: Bankruptcy Department
P.O. Box 5155
Norcross, GA 30091

Capital One
P.O. Box 85520
Richmond, VA 23285

Care Credit
Attention: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Care Credit
P.O. Box 981439
El Paso, TX 79998

Chase
Attention: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Chase Manhattan Mortgage
Attention: Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219

Chase Receivables
1247 Broadway
C/O Harris Connect
Sonoma, CA 95476

Collection Company of America
700 Longwater Drive
Norwell, MA 02061

Collection Company of America
P.O. Box 329
Norwell, MA 02061-0329

Credit One Bank
Attention: Bankruptcy Department
P.O. Box 625
Metairie, LA 70004

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Falso Solutions
P.O. Box 986
Newark, NJ 07184

Faslo Soulution, LLC
425 Phillips Boulevard
Trenton, NJ 08618

Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438

Financial Recovery Services, Inc.
P.O. Box 4115
Department 813
Concord, CA 94524

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

First Premier Bank
Attention: Bankruptcy Department
P.O. Box 5524
Sioux Falls, SD 57117-5524

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Franchise Tax Board
Attention: Bankruptcy Departmen
P.O. Box 942867
Sacramento, CA 95812

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

Glhegc
2401 International Lane
C/O Bank Of New York
Madison, WI 53704

Herbert P. Sears Company
2000 18th Street
P.O. Box 2307
Bakersfield, CA 93301

Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303

Kimberely Egbeyemi
C/o K. Michelle Realty
2235 East Washington Boulevard
Pasadena, CA 91104

Massey's
P.O. Box 8959
Madison, WI 53708

Midland Credit Managment
Attention: Bankruptcy Department
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midland Credit Managment
P.O. Box 603
Department 12421
Oaks, PA 19456

Myriad Genetic Laboratories
320 Wakara Way
Salt Lake City, UT 84108-1214

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P.O. Box 15630
Department 99
Wilmington, DE 19850

Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439

Praxis Financial Solutions
7331 North Lincoln Avenue, Suite 8
Lincolnwood, IL 60712-1704

Renaissance Imaging Med Assoc
P.O. Box 190
Simi Valley, CA 93062

Sallie Mae Servicing
Attention: Bankruptcy Department
11100 USA Parkway
Fishers, IN 46037

Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA 18773

Sprint
Attention: Bankruptcy Departmen
2001 Edmund Halley Drive
Reston, VA 20191

Target
Attention: Bankruptcy Department
P.O. Box 1327 Mail Stop 3CK
Minneapolis, MN 55440

Target
P.O. Box 59317
Minneapolis, MN 55459

Target
P.O. Box 673
Minneapolis, MN 55440

Time Warner
P.O. Box 60074
City Of Industry, CA 91716

Vision Fiancial Corporation
P.O. Box 900
Purchase, NY 10577

Wal-Mart
Attention: Bankruptcy Departmen
P.O. Box 103106
Roswell, GA 30076

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                F 9013-3.1.PROOF.SERVICE

Wal-Mart
P.O. Box 981400
El Paso, TX 79998

Wells Fargo Bank
P.O. Box 30095
Walnut Creek, CA 94598

Wingspan Portfolio Advisors
4100 Midway, Suite 1110
Carrollton, TX 75007

XM Satelite Radio
P.O. Box 33174
Detroit, MI 48232

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE