Barry E. Borowitz, Esq. #167418
The Law Offices of Borowitz & Clark, LLP
100 N. Barranca Ave., Suite 250
West Covina, CA  91791
Telephone:  (626) 332-8600
Facsimile:  (626) 332-8644

FOR COURT USE ONLY

**FILED & ENTERED**

MAY 27 2011

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** beaucham **DEPUTY CLERK**

☒ Attorney for Debtor(s)
☐ Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER  13

CASE NUMBER   2:10-bk-50535-VZ

In re:

KYLE EVERETTE FABER

LISA ROXANNE FABER

Debtor(s).

**ORDER ON APPLICATION FOR
SUPPLEMENTAL FEES**

Date:  May 16, 2011
Time:  11:00 a.m.
Place:  255 E. Temple Street, Courtroom 1368
        Los Angeles, CA 90012

Based on the Application for Supplemental Fees ("Application") filed on **March 28, 2011** as docket entry number **26** and the recommendation of the Chapter 13 Trustee, it is ORDERED:

☒    that the sum of **$3,316.25** is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the Chapter 13 Trustee is directed to pay the unpaid balance of **$3,316.25**, from the estate of the debtor(s) as funds permit.

☐    that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐    that the Application be set for hearing on:_____ at _____ .m.
                                                        (Date)                       (Time)

Comments:_____.

####

DATED: May 27, 2011

_____
United States Bankruptcy Judge

Order on Application for Supplemental Fees – *Page 2*                                          F 3015-1.12

| In re: KYLE EVERETTE FABER<br>LISA ROXANNE FABER<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER   2:10-bk-50535-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 N. Barranca Ave., Suite 250, West Covina, CA 91791

A true and correct copy of the foregoing document described ORDER ON SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   May 17, 2011                              I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012
**Debtor:** Kyle E. Faber, Lisa R. Faber, 4836 East Avenue R-11, , Palmdale, CA  93552
**Chapter 13 Trustee:** Nancy K. Curry, 606 South Olive Street, Suite 950,  Los Angeles, CA 90014

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 17, 2011 | Robert Elliott | /s/ Robert Elliott |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                 F 3015-1.12

Order on Application for Supplemental Fees – *Page 3*

**F 3015-1.12**

| In re: KYLE EVERETTE FABER<br>LISA ROXANNE FABER<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER  2:10-bk-50535-VZ |
|---|---|

Aargon Collection Agency
3025 West Sahara Avenue
C/O Nevada Energy
Las Vegas, NV 89102

Aargon Collection Agency
3025 West Sahara Avenue
C/O OPS2, LLC
Las Vegas, NV 89102

Aargon Collection Agency
3025 West Sahara Avenue
Las Vegas, NV 89102

Allstate Finance
1050 East Flamingo Road
C/O Gold's Gym
Las Vegas, NV 89119

Alvarado & Associates,LLP
1 Mac Arthur Place, Suite 210
Attn: Steven Lawrence
Santa Ana, CA 92707

Antelope Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539-7001

Aspire
P.O. Box 105374
Atlanta, GA 30348

Aspire
Payment Processing
P.O. Box 84078
Columbus, GA 31902

Capital Management Services
726 Exchange Street, Suite 700
C/O First USA
Buffalo, NY 14210

Capital One
Attention: Bankruptcy Department
P.O. Box 5155
Norcross, GA 30091

Capital One
P.O. Box 85520
Richmond, VA 23285

Care Credit
Attention: Bankruptcy Departme
P.O. Box 103104
Roswell, GA 30076

Care Credit
P.O. Box 981439
El Paso, TX 79998

Chase
Attention: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Chase Manhattan Mortgage
Attention:  Research Dept. G7-Pl
3415 Vision Drive
Columbus, OH 43219

Chase Receivables
1247 Broadway
C/O Harris Connect
Sonoma, CA 95476

Collection Company of America
700 Longwater Drive
Norwell, MA 02061

Collection Company of America
P.O. Box 329
Norwell, MA 02061-0329

Credit One Bank
Attention: Bankruptcy Department
P.O. Box 625
Metairie, LA 70004

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Falso Solutions
P.O. Box 986
Newark, NJ 07184

Faslo Soulution, LLC
425 Phillips Boulevard
Trenton, NJ 08618

Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438

Financial Recovery Services, Inc
P.O. Box 4115
Department 813
Concord, CA 94524

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.12**

Order on Application for Supplemental Fees – *Page 4*    **F 3015-1.12**

| | |
|---|---|
| In re: KYLE EVERETTE FABER<br>LISA ROXANNE FABER<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-50535-VZ |

First Premier Bank
Attention: Bankruptcy Department
P.O. Box 5524
Sioux Falls, SD 57117-5524

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Franchise Tax Board
Attention: Bankruptcy Departme
P.O. Box 942867
Sacramento, CA 95812

Franchise Tax Board
Attention: Bankruptcy Department
P.O. Box 942857
Sacramento, CA 94257

Glhegc
2401 International Lane
C/O Bank Of New York
Madison, WI 53704

Herbert P. Sears Company
2000 18th Street
P.O. Box 2307
Bakersfield, CA 93301

Internal Revenue Service
Attention: Bankruptcy Department
P.O. Box 21126
Philadelphia, PA 19114

Jefferson Capital Systems, LLC
16 McLeland Road
Saint Cloud, MN 56303

Kimberely Egbeyemi
C/o K. Michelle Realty
2235 East Washington Boulevard
Pasadena, CA 91104

Massey's
P.O. Box 8959
Madison, WI 53708

Midland Credit Managment
Attention: Bankruptcy Department
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midland Credit Managment
P.O. Box 603
Department 12421
Oaks, PA 19456

Myriad Genetic Laboratories
320 Wakara Way
Salt Lake City, UT 84108-1214

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
P.O. Box 15630
Department 99
Wilmington, DE 19850

Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439

Praxis Financial Solutions
7331 North Lincoln Avenue, Suite 8
Lincolnwood, IL 60712-1704

Renaissance Imaging Med Assoc
P.O. Box 190
Simi Valley, CA 93062

Sallie Mae Servicing
Attention: Bankruptcy Department
11100 USA Parkway
Fishers, IN 46037

Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA 18773

Sprint
Attention: Bankruptcy Departme
2001 Edmund Halley Drive
Reston, VA 20191

Target
Attention: Bankruptcy Department
P.O. Box 1327 Mail Stop 3CK
Minneapolis, MN 55440

Target
P.O. Box 59317
Minneapolis, MN 55459

Target
P.O. Box 673
Minneapolis, MN 55440

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.12**

| In re: KYLE EVERETTE FABER<br>LISA ROXANNE FABER<br><div align="right">Debtor(s).</div> | CHAPTER 13<br>CASE NUMBER   2:10-bk-50535-VZ |
|---|---|

Time Warner
P.O. Box 60074
City Of Industry, CA 91716

Vision Fiancial Corporation
P.O. Box 900
Purchase, NY 10577

Wal-Mart
Attention: Bankruptcy Departme
P.O. Box 103106
Roswell, GA 30076

Wal-Mart
P.O. Box 981400
El Paso, TX 79998

Wells Fargo Bank
P.O. Box 30095
Walnut Creek, CA 94598

Wingspan Portfolio Advisors
4100 Midway, Suite 1110
Carrollton, TX 75007

XM Satelite Radio
P.O. Box 33174
Detroit, MI 48232

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              F 3015-1.12

Order on Application for Supplemental Fees – *Page 6*                                    F 3015-1.12

| In re: KYLE EVERETTE FABER<br>LISA ROXANNE FABER<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER   2:10-bk-50535-VZ |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON SUPPLEMENTAL FEES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____May 17, 2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Nancy K. Curry**:** efiling@CH13LA.com
**United States Trustee:** ustpregion16.wh.ecf@usdoj.gov
**Barry E. Borowitz:** notices@blclaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Chapter 13 Trustee:** Nancy K. Curry, 606 South Olive Street, Suite 950,  Los Angeles, CA 90014

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                            **F 3015-1.12**